UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:13-14379-CV-GRAHAM/LYNCH

ANTHONY THARPE,

    Plaintiff,

v.

NATIONSTAR MORTGAGE LLC,

    Defendant.

_____,

### DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)

Defendant, Nationstar Mortgage LLC ("Nationstar"), by and through undersigned counsel and pursuant to the Court's *Order of Reference for Settlement Conference* [D.E. 49], hereby submits it *Initial Disclosure Pursuant to Fed. R. Civ. P. 26(a)*, and states:

### Rule 26(a)(1)(A)(i)

The name, last known address and telephone number of each individual likely to have discoverable information, and the subject(s) of said information, are:

Corporate Representative of Nationstar Mortgage LLC
c/o Broad and Cassel
1 N. Clematis Street, Suite 500
West Palm Beach, FL 33401
(561) 832-3300

Nationstar has knowledge regarding the servicing of the subject loan.

Corporate Representative of Aurora Loan Services, LLC
c/o Broad and Cassel
1 N. Clematis Street, Suite 500
West Palm Beach, FL 33401
(561) 832-3300

Aurora has knowledge regarding the servicing of the subject loan.

Corporate Representative of Aurora Bank FSB
c/o Broad and Cassel
1 N. Clematis Street, Suite 500
West Palm Beach, FL 33401
(561) 832-3300

Aurora has knowledge regarding the servicing of the subject loan.

Anthony Tharpe
P.O. Box 700840
Wabasso, FL 32970

May have information regarding the origination of the underlying mortgage loan transaction

Jacqueline Buchanan
5555 55th Avenue
Vero Beach, FL 32967

May have information regarding the origination of the underlying mortgage loan transaction.

Law Offices of David J. Stern
950 Pine Island Road, Suite 150A
Plantation, FL 33324

May have information regarding the pleadings in the underlying state court action.

Florida Foreclosure Attorneys, PLLC
4855 Technology Way, Suite 630
Boca Raton, FL 33431

May have information regarding the pleadings in the underlying state court action.

First Magnus Financial Corporation
603 N. Wilmot Road
Tucson, AZ 85711

May have information regarding the origination of the underlying mortgage loan transaction.

4810-8663-2740.1
27876/0569

Centex Homes
P.O. Box 199000
Dallas, TX 75219

May have information regarding the origination of the underlying mortgage loan transaction.

Centex Real Estate Corporation
P.O. Box 199000
Dallas, TX 75219

May have information regarding the origination of the underlying mortgage loan transaction.

Cheryl Hottensmith
Notary Public – State of Florida
Commission # DD592083

May have information regarding execution of the mortgage loan.

Richard J. Thorpe
Notary Public – State of Florida
Commission #DD543641

May have information regarding execution of the mortgage loan.

Verolago Home Owners Association, Inc.
1021 Oak Street
Jacksonville, FL 32204

Mortgage Electronic Registration Systems, Inc.
1818 Library Street, suite 300
Reston, VA 20190

## Rule 26(a)(1)(A)(ii)

Copies of all documents, electronically stored information, and tangible things that Defendant has in its possession, custody, or control, and may use to support its claims or defenses, either have been produced previously or are more particularly described below:

1. Adjustable Rate Note

2. Addendum to Note

3. Interest-Only Addendum to Adjustable Rate Promissory Note

3

4. Prepayment Note Addendum

5. Prepayment Penalty Disclosure

6. Mortgage

7. Planned Unit Development Rider

8. Prepayment Rider

9. Adjustable Rate Rider

10. Interest-Only Addendum to Adjustable Rate Rider

11. Addendum to Adjustable Rate Rider

12. Centex Homes New Home Purchase Agreement

13. New Home Purchase Agreement Terms and Conditions

14. First Magnus Verbal Verification of Employment

15. Uniform Residential Loan Application (Jacqueline A. Buchanan)

16. RESPA Servicing Disclosure

17. Federal Truth in Lending Disclosure Statement

18. Payment Letter to Borrower

19. Notice to Borrower

20. Borrower's Certification & Authorization

21. Owner Occupancy Agreement

22. Balloon Payment Disclosure

23. Jacqueline Buchanan Affidavit

24. Hazard Insurance Authorization & Requirements

25. Flood Zone Notification

26. Aurora Customer Account Activity Statement

27. Nationstar Loan Payment Detail / Collection History Profile

28. First Magnus Notice of Assignment, Sale, or Transfer of Servicing Rights

29. Aurora Loan Services / Aurora Bank FSB Goodbye/Welcome Letters

30. Aurora Loan Services Default Letters

31. Aurora & Nationstar Correspondence Files

32. Aurora & Nationstar Modification Files

33. Aurora & Nationstar Loan Statements

34. Florida Foreclosure Attorneys, PLLC Bailee Letter

### Rule 26(a)(1)(A)(iii)

Although Defendant's *Motion to Dismiss Second Amended Complaint* [D.E. 46] is currently pending and thus Defendant has not been required to answer the Second Amended Complaint at this time, should an answer be filed this this matter, Defendant may assert a counterclaim. The total amount of damages claimed by Defendants is undetermined at this time. The calculation of damages will likely require disclosure of financial information from Plaintiff as well as expert analysis. Defendant reserve the right to supplement this response as discovery progresses.

### Rule 26(a)(1)(A)(iv)

CaterMeFit does have insurance policies that may satisfy part or all of any judgment or may indemnify or reimburse for payments made to satisfy the judgment. Copies of the insurance policies are available for inspection and copying upon request by Plaintiff.

### Rule 26(a)(2)(A)

No expert witnesses have been retained by Defendants at this time.

4810-8663-2740.1
27876/0569

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of May, 2015, I electronically filed the foregoing with the United States District Court by using the ECF System which will send a notice of electronic filing to counsel of record appearing on the Certificate of Service generated by the ECF System. In addition, I certify that a true and correct copy of the foregoing has been furnished via U.S. Mail to Anthony Tharpe, P.O. Box 700840, Wabasso, FL 32970 this 26th day of May, 2015.

        BROAD AND CASSEL
        Counsel for the Defendant
        One North Clematis St., Suite 500
        West Palm Beach, FL 33401
        Telephone: (561) 832-3300
        Facsimile: (561) 655-1109
        Primary E-mail: ewelch@broadandcassel.com
        Primary E-mail: sellison@broadandcassel.com
        Secondary E-mail: jricca@broadandcassel.com

        By:   s/Edward J. Welch
              Edward J. Welch
              Florida Bar No. 0685089
              Steven Ellison
              Florida Bar No.: 510319

4810-8663-2740.1
27876/0569